# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-8775-GW-RAOx | Date | December 9, 2024 |
|---|---|---|---|
| Title | *Salvador Rodriguez Ordaz, et al. v. Geico General Insurance Company, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Suzanne McKennon | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel Eli | Natalie M. Limber |

**PROCEEDINGS:    PLAINTIFFS' MOTION TO REMAND [16]**

The Court's Tentative Ruling on Plaintiffs' Motion [16] was issued on December 6, 2024 [21]. Oral argument is held. For reasons stated on the record, Plaintiffs' Motion is TAKEN UNDER SUBMISSION.

|  | : | 25 |
|---|---|---|
| Initials of Preparer | JG | |