**REMAND / JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-8775-GW-RAOx | Date | December 12, 2024 |
|---|---|---|---|
| Title | *Salvador Rodriguez Ordaz, et al. v. Geico General Insurance Company, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:** **IN CHAMBERS - RULING ON PLAINTIFFS' MOTION TO REMAND [16]**

    For the reasons stated in the Court's tentative ruling on Plaintiff's motion to remand (ECF No. 21) which was provided to the parties on December 6, 2024, and discussed at the hearing on said motion on December 9, the Court grants the motion to remand. The case is forthwith to be remanded back to state court.

:

Initials of Preparer    JG